687 A.2d 814

**COMMONWEALTH of Pennsylvania**

v.

**WINGAIT FARMS.**

**No. 219 E.D. Miscellaneous Docket 1996.**

Supreme Court of Pennsylvania.

Dec. 10, 1996.

## ORDER

PER CURIAM:

AND NOW, this 10th day of December, 1996, the Emergency Writ of Supersedeas in the above-captioned matter is DENIED, without prejudice, so that the Petitioner may seek appropriate relief before the Court of Common Pleas of Bucks County.

Jurisdiction is relinquished.

NEWMAN, J., did not participate in this matter.